3:22 mc 100

FILED
CHARLOTTE, NC

JUN -9 2022

US DISTRICT COURT
WESTERN DISTRICT OF NC

# RESOLUTION AND MEMORIAL IN HONOR OF

## GARTH KLEBER DUNKLIN

MAY IT PLEASE THE COURT, Garth's friends, family, colleagues, and members of the Mecklenburg County Bar, I present this Resolution and Memorial honoring the life and service of GARTH KLEBER DUNKLIN, who passed away on January 14, 2021 at the age of 58.

It is my privilege and honor to present this Resolution on behalf of myself, the law firm of Venn Law Group, and the Mecklenburg County Bar in honor of an outstanding lawyer, mentor, partner, and friend, Garth Dunklin.

Garth was born on December 3, 1962 in El Dorado, Arkansas, to the late Pat and Kleber Dunklin. He was a proud graduate of Episcopal High School in Alexandria, Virginia, where he played soccer. After high school, Garth attended the University of North Carolina at Chapel Hill as a Morehead-Cain Scholar. While at Carolina, he joined Kappa Alpha Fraternity and was chapter president, and following graduation he continued to serve in numerous capacities and participated in Kappa Alpha National. After completing his undergraduate studies, he attended the University of North Carolina School of Law, receiving his Juris Doctor in 1988. Shortly thereafter, he moved to Charlotte, met Helen, and began building his family, career and legacy.

Garth spent his entire career practicing real estate law in Charlotte. During his first decade or so of practice, he primarily handled residential real estate matters, but ultimately transitioned to focus on commercial real estate, and became a Board Certified Specialist in Real Property by the North Carolina State Bar. In addition to being a member of the North Carolina Bar, Garth was licensed to practice law in South Carolina and Georgia.

Over his career, Garth worked for several law firms, including Weinstein & Sturges (his first job out of law school), Wishart Norris (also my first job out of law school, where Garth became my boss and mentor), and finally with Venn Law Group, which he co-founded, from 2014 until his death.

In addition to his busy practice, Garth was heavily involved in many civic, professional and industry endeavors. Garth was fond of encouraging young attorneys to "play in different swimming pools" by trying different activities and organizations. The important thing was to be engaged, committed, and loyal once you find the right fit. Garth embodied that himself, and his philosophy for a legal career was that being actively involved outside of the office made one a better attorney.

Garth became a pivotal player in the real estate community at large. Among his impressive (and too long to list in full) array of accomplishments include being the chair in perpetuity of the North Carolina REALTOR® commercial forms committee, the chair of the North Carolina Rules Review Commission, co-authoring the commercial version of the North Carolina Real Estate Commission's (NCREC) mandatory update for real estate brokers, and many recognitions such as being named the REALTOR® of the year, Corporate Associate of the year, and the President's Award recipient by the Charlotte Regional Commercial Board of REALTORS® (CRCBR), an organization which Garth had a guiding hand in forming.

1

Amid all of the leadership and accolades, Garth's greatest passion was teaching. For over 20 years, Garth taught commercial real estate classes for CRCBR, CCIM and NCREC. He could often be found smiling brightly in the classroom, eager to address and research any questions. In recent years, Garth had begun teaching for UNC Charlotte, where both of his children attended, as an instructor for the Belk College of Business Masters of Science in Real Estate Program. He had hoped to continue teaching there as his own kind of retirement, never one to actually stop working. To honor Garth, CRCBR established a $2,500 scholarship that is awarded annually to a student seeking a degree in the Master of Science in Real Estate program at the UNC Charlotte Childress Klein Center for Real Estate.

Outside of work, Garth loved attending football games, and was a devoted supporter and season ticket holder for the Carolina Panthers and Tar Heels. Some of my favorite memories with Garth are the conversations we would have about the practice of law, fatherhood, politics, and sports on the car rides to and from Chapel Hill.

Anyone who knew Garth was aware of his explosive, one-of-a-kind laugh. Despite his tireless work ethic and full calendar, he could be generous with his time, and truly enjoyed laughing and connecting with people.

He loved his family dearly, and having the mind of a teacher, he always supported and encouraged his kids' exploration of their interests in school and beyond.

I am indebted to Garth in ways that I cannot fully describe here. He shaped my professional life, from my first day as an attorney until now. He was a boss, mentor, friend, partner, role model, teacher, and all-around great person that I miss dearly. Despite the inevitability of his passing after a certain point during his illness, he continued to work for his clients. But, he didn't work for the sake of work-he genuinely enjoyed the intellectual challenge and service to others that his practice provided him.

Garth was survived by his wife of 30 years, Helen (today would be their 32nd wedding anniversary), his children Garth Jr. and Macy, and his half-brother John Ducote Dunklin.

Your Honor, it is with a deep sense of admiration, gratitude and friendship for the life and legacy of Garth that I, and the undersigned President of the Mecklenburg County Bar, and the Chair of the MCB Memorials Committee, respectfully move to:

1. Adjourn this proceeding in memory and appreciation of GARTH KLEBER DUNKLIN;

2. File and inscribe this Resolution and Memorial in the minutes of this Court, with a copy to be kept in the Memorials of Deceased Attorneys with the Office of the Clerk of Superior Court of Mecklenburg County; and

3. Provide filed copies of this Resolution and Memorial to members of Garth's family.

Respectfully submitted on this 9th day of June, 2022.

_____
Andrew M. McCullough
N.C. State Bar No. 32825
Presenter

_____
Cary B. Davis
N.C. State Bar No. 36172
Vice-President, Mecklenburg County Bar

_____
Megan Sadler
N.C. State Bar No. 32912
Presenter

_____
Hon. Hugh B. Lewis
N.C. State Bar No. 18284
Member, MCB Memorials Committee

The foregoing Resolution and Memorial in Honor of GARTH KLEBER DUNKLIN is hereby approved and accepted in respects.

_____
Hon.. Charles M. Viser
Mecklenburg County Superior Court Judge

_____
Hon. Robert J. Conrad, Jr.
United States District Court Judge

3